

FILED

APR 1 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
2 | 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 | T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
4 | Attorneys for Plaintiff,
CALLIE GREEN

5

6 | **UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
7 | **SAN FRANCISCO DIVISION**

8 | CALLIE GREEN,                               **CV 11        1868**

9 |              Plaintiff,                      **COMPLAINT AND DEMAND FOR**
                                                **JURY TRIAL**
10 |        v.
                                                **(Unlawful Debt Collection Practices)**    **LB**
11 | PORTFOLIO RECOVEY ASSOCIATES,

12 | LLC,                                        *E-filing*

13 |              Defendant.

14

15 |                    **VERIFIED COMPLAINT**

16 |        CALLIE GREEN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the

17 | following against PORTFOLIO RECOVEY ASSOCIATES, LLC (Defendant):

18 |                        **INTRODUCTION**

19 | 1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

20 |    *U.S.C. 1692 et seq.* (FDCPA).

21 | 2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

22 |    Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

23

24 |                   **JURISDICTION AND VENUE**

25 | 3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

   | actions may be brought and heard before "any appropriate United States district court

- 1 -

PLAINTIFF'S COMPLAINT

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

### PARTIES

6. Plaintiff is a natural person residing in San Francisco City, San Francisco County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with its headquarters in Norfolk, Virginia.

### FACTUAL ALLEGATIONS

10. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Defendant has been calling Plaintiff for approximately three (3) to four (4) months and calls Plaintiff everyday from five (5) to six (6) times a day.

12. Defendant calls Plaintiff from telephone numbers, (959) 918-0780, (626) 209-2241, (847) 994-2540, (858) 346-1184, (510) 355-1780, and (702) 410-7069.

13. Defendant calls Plaintiff at (415) 948-0882.

14. Defendant called Plaintiff's mother-in-law several times at (415) 206-0215 (see Exhibit A).

15. Defendant disclosed Plaintiff's debt to Plaintiff's mother-in-law.

PLAINTIFF'S COMPLAINT

16. In approximately January 2011, Defendant threatened to file a lawsuit against Plaintiff if she didn't pay the alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692b(2)* of the FDCPA by calling Plaintiff's mother-in-law for the purpose of obtaining location and stating that Plaintiff's owes a debt.

   b. Defendant violated *§1692b(3)* of the FDCPA by calling Plaintiff's mother-in-law more than once for the purpose of obtaining location.

   c. Defendant violated *§1692c(b)* of the FDCPA by communicating, in connection with the collection of Plaintiff's alleged debt, with a third party, Plaintiff's mother-in-law.

   d. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, and abuse Plaintiff.

   e. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   f. Defendant violated *§1692e(5)* of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

WHEREFORE, Plaintiff, CALLIE GREEN, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

- 3 -

1

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION
2
## PRACTICES ACT

3

21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as

4

the allegations in Count II of Plaintiff's Complaint.

5

22. Defendant violated the RFDCPA based on the following:

6

  a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone

7

   to ring repeatedly and continuously so as to annoy Plaintiff.

8

  b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to

9

   Plaintiff with such frequency that was unreasonable and constituted harassment.

10

  c. Defendant violated *§1788.12(b)* of the RFDCPA by communicating information

11

   regarding Plaintiff's alleged debt to Plaintiff's mother-in-law.

12

  d. Defendant violated *§1788.13(j)* of the RFDCPA by threatening to file a lawsuit

13

   against Plaintiff even though Defendant has not and does not t intend to do so.

14

  e. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to

15

   comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §*

16

   *1692 et seq.*

17

  WHEREFORE, Plaintiff, CALLIE GREEN, respectfully requests judgment be entered

18

against Defendant, PORTFOLIO RECOVEY ASSOCIATES, LLC, for the following:

19

23. Statutory damages of $1000.00  pursuant to the Rosenthal Fair Debt Collection Practices

20

Act, *Cal. Civ. Code §1788.30(b),*

21

24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection

22

Practices Act, *Cal. Civ Code § 1788.30(c)*, and

23

25. Any other relief that this Honorable Court deems appropriate.

24

## DEMAND FOR JURY TRIAL

25

  PLEASE TAKE NOTICE that Plaintiff, CALLIE GREEN, demands a jury trial in this

- 4 -

1   cause of action.

2

3                                          RESPECTFULLY SUBMITTED,

4        DATED:  April 14, 2011                KROHN & MOSS, LTD.

5

6                                    By: _____

7                                         Nicholas J. Bontrager
                                          Attorney for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 5 -

PLAINTIFF'S COMPLAINT

1

2        **VERIFICATION OF COMPLAINT AND CERTIFICATION**

3    STATE OF CALIFORNIA

4           Plaintiff, CALLIE GREEN, states as follows:

5    1.    I am the Plaintiff in this civil proceeding.
     2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe
6          that all of the facts contained in it are true, to the best of my knowledge, information
           and belief formed after reasonable inquiry.
7    3.    I believe that this civil Complaint is well grounded in fact and warranted by existing
           law or by a good faith argument for the extension, modification or reversal of existing
8          law.
     4.    I believe that this civil Complaint is not interposed for any improper purpose, such as
9          to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
           needless increase in the cost of litigation to any Defendant(s), named in the
10         Complaint.
     5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
11   6.    Each and every exhibit I have provided to my attorneys which has been attached to
           this Complaint is a true and correct copy of the original.
12   7.    Except for clearly indicated redactions made by my attorneys where appropriate, I
           have not altered, changed, modified or fabricated these exhibits, except that some of
13         the attached exhibits may contain some of my own handwritten notations.

14          Pursuant to 28 U.S.C. § 1746(2), I, CALLIE GREEN, hereby declare (or certify,
     verify or state) under penalty of perjury that the foregoing is true and correct.
15

16   DATE: _4/4/2011_                          _____
17                                                          CALLIE GREEN

18

19

20

21

22

23

24

25

                                        - 6 -

                            PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT A**

PLAINTIFF'S COMPLAINT

## Calls to Plaintiff's mother-in-law

847-994-2540 3/25 at 8:32 am

702-410-7069 3/25 at 9:54 am

757-961-3544 3/23 at 9:45 am

702-410-7069 3:21 at 9:34 am