Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
CALLIE GREEN

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALLIE GREEN, | Case No.:11-cv-01868-~~LB~~ SC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMSISSAL** |
| PORTFOLIO RECOVEY ASSOCIATES, LLC, | |
| Defendant. | |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CALLIE GREEN, against Defendant, PORTFOLIO RECOVEY ASSOCIATES, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice.

RESPECTFULLY SUBMITTED,

DATED:  September 15, 2011            KROHN & MOSS, LTD.


By: /s/Nicholas J. Bontrager          _

Nicholas J. Bontrager
Attorney for Plaintiff

- 1 -

STIPULATION OF DISMISSAL

1 | DATED: September 15, 2011      GORDON & REES LLP

By:_____
Craig J. Mariam (SBN: 225280)
Cynthia Tsai (SBN: 265151)
Attorneys for defendant
Portfolio Recovery Associates LLC

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALLIE GREEN, | Case No.: 11-cv-01868-~~LB~~ SC |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER OF STIPULATION TO DISMISS |
| PORTFOLIO RECOVEY ASSOCIATES, LLC, | |
| Defendant. | |

**PROPOSED ORDER OF STIPAULATION TO DISMISS**

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   9/19/11

_____
The Honorable
United States

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*